UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MORENO VIDALES, et al.,

                              Plaintiffs,                                  ORDER
                                                                                  19-CV-1840
   -against-

SERGIO'S ON THE BLVD PIZZERIA, INC., et al.,

                              Defendants.

-----------------------------------------------------------------x
GLASSER, Senior United States District Judge:

       In a thorough, carefully considered and meticulously researched Report, Magistrate Judge Tiscione Recommended that the Plaintiffs' claimed violations of the Fair Labor Standards Act and the New York Labor Law be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Timely objections to that Report and Recommendation have not been filed and accordingly, the Recommendation is adopted and the Plaintiffs' actions are hereby dismissed.

       SO ORDERED.

Dated:     Brooklyn, New York
             August 24, 2021                                   /s/
                                                          I. Leo Glasser
                                                          Senior United States District Judge